Lakshmi Jagannath, Esq. (027523)
Kristin McDonald, Esq. (027082)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Movant, Western American Loan, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Elizabeth Anne Hawkenson,<br><br>      Debtor.<br>_____<br>Western American Loan, its assignees and/or successors,<br><br>      Movant,<br> v.<br><br>Russell Brown, Chapter 13 Trustee,<br><br>      Respondents.<br>_____ | Case No. 13-2:16-bk-02468-SHG<br><br>Chapter 13<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 UNITED STATES CODE § 362**<br><br>**2015 CHRYSLER 200<br>VIN: 1C3CCCAB6FN635326**<br> **("Vehicle")** |

NOTICE IS GIVEN that the above Movant has filed a motion requesting relief from the automatic stay pursuant to 11 United States Code § 362(a) regarding the following collateral: Personal Property under the Contract commonly known as 2015 CHRYSLER 200 VIN: 1C3CCCAB6FN635326 (the "Vehicle").

File No. AZ-16-124229                           6                      Case No. 13-2:16-bk-02468-SHG
Notice of Motion for Relief
Case 2:16-bk-02468-SHG   Doc 28   Filed 05/04/16   Entered 05/04/16 14:39:57   Desc
Main Document    Page 1 of 2

FURTHER NOTICE IS GIVEN that pursuant to Local Bankruptcy Rule 4001, if no written objection is filed with the courts and a copy served on Movant's counsel, whose address is:

**MCCARTHY & HOLTHUS, LLP**
8502 E. VIA DE VENTURA, SUITE 200
SCOTTSDALE, AZ 85258

WITHIN 14 DAYS of service of the motion, the Motion for Relief from the Automatic Stay may be granted without further hearing.

Dated: May 4, 2016 /s/ Kristin McDonald, Esq.
Kristin McDonald, Esq.
Attorneys for Western American Loan