Lakshmi Jagannath, Esq. (027523)
Kristin McDonald, Esq. (027082)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Movant, Western American Loan, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Elizabeth Anne Hawkenson,<br><br>    Debtor.<br>_____<br>Western American Loan, its assignees and/or successors,<br><br>    Movant,<br><br>v.<br><br>Russell Brown, Chapter 13 Trustee,<br><br>    Respondents. | Case No. 13-2:16-bk-02468-SHG<br><br>Chapter 13<br><br><br><br>**ORDER FOR RELIEF**<br><br><br>**2015 CHRYSLER 200**<br>**VIN: 1C3CCCAB6FN635326**<br>**("Vehicle")** |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, and the Trustee, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

File No. AZ-16-124229      6      Case No. 13-2:16-bk-02468-SHG
Order for Relief
Case 2:16-bk-02468-SHG   Doc 32-1   Filed 06/08/16   Entered 06/08/16 10:20:16   Desc
Order   Page 1 of 2

1. The automatic stay of 11 United States Code Section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all rights in the personal property under the Contract commonly known as 2015 CHRYSLER 200 VIN: 1C3CCCAB6FN635326 ("Vehicle");

2. Movant may proceed to pursue its state law remedies under the terms of the Contract;

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

DATED AND SIGNED ABOVE.