Lakshmi Jagannath, Esq. (027523)
Kristin McDonald, Esq. (027082)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Movant, Western American Loan, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:16-bk-02468-SHG |
| Elizabeth Anne Hawkenson, | Chapter 13 |
| Debtor. | |
| Western American Loan, its assignees and/or successors, | **ORDER FOR RELIEF** |
| Movant, | |
| v. | **2015 CHRYSLER 200** |
| Russell Brown, Chapter 13 Trustee, | **VIN: 1C3CCCAB6FN635326** ("Vehicle") |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, and the Trustee, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 United States Code Section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all rights in the personal property under the Contract commonly known as 2015 CHRYSLER 200 VIN: 1C3CCCAB6FN635326 ("Vehicle");

2. Movant may proceed to pursue its state law remedies under the terms of the Contract;

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

DATED AND SIGNED ABOVE.