Kevin Hahn, #024277
Nathan F. Smith, #029780
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
nathan@mclaw.org
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Elizabeth Anne Hawkenson,<br><br>     Debtor,<br>_____<br>RoundPoint Mortgage Servicing Corporation,<br><br>     Movant,<br><br>vs.<br><br>Elizabeth Anne Hawkenson, Debtor, and<br>Russell Brown, Trustee,<br><br>     Respondents.<br>_____ | Bankruptcy Case No. 2:16-bk-02468-SHG<br><br>Chapter 13<br><br>**ORDER LIFTING STAY**<br>**[Re: 558 S 167th Lane, Goodyear, AZ 85338]** |

   Movant's Motion for Relief From the Automatic Stay having been properly noticed and no objections thereto having been filed,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay as to Movant is terminated with reference to real property generally described as 558 S 167th Lane, Goodyear, AZ 85338 ("Property" herein) and legally described as follows:

   LOT 97, OF CANYON TRAILS UNIT 3, PARCEL I/J, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 687 OF MAPS, PAGE 38 AND AFFIDAVIT OF CORRECTION RECORDED IN RECORDING NO. 2005-1316435

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall survive any subsequent conversion by the Debtors to another Chapter of the Bankruptcy Code.

**SIGNED AND DATED ABOVE**

ORDER LIFTING STAY
JB/B41872

1